# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *  *
R.H. FARMS, INC., et al.,    *
                             *
                             *
                             *   No.  09-129L
           Plaintiffs,       *   Filed: February 10, 2017
      v.                     *
                             *
UNITED STATES,               *
                             *
           Defendant.        *
                             *
* * * * * * * * * * * * * *
```

## O R D E R

      The court is in receipt of the parties' February 10, 2017 joint motion for entry of amended judgment. The parties' joint motion for entry of amended judgment is **GRANTED**. The Clerk of the Court shall enter **JUDGMENT** in the following amounts: $1,246,870.33 in principal, $821,275.31 in interest through February 28, 2017, and $575,000.00 for reimbursement of attorneys' fees, and $180,000.00 for reimbursement of costs pursuant to the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c). Additionally, interest will continue to accrue after February 28, 2017 at a 4.00% interest rate, compounding annually, until the date of payment.

      **IT IS SO ORDERED**.

      s/Marian Blank Horn
      **MARIAN BLANK HORN**
           **Judge**